FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

JAN 17 2024

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMIE M. HOPKINS,
MICHAEL W. STROBLE,
JOEY G. ROMERO, and
LUKE H. SCHWARTZ aka LUKE H. SWARTZ

    Defendants.

**S E A L E D**

4:24CR3011

INDICTMENT
21 U.S.C. §846
21 U.S.C. § 841(a)(1), 841(b)(1)

The Grand Jury charges that

## COUNT I

Beginning on or about July 1, 2022, and continuing to on or about February 7, 2023, in the District of Nebraska and elsewhere, Defendant(s) JAMIE M HOPKINS, MICHAEL W. STROBLE, JOEY G. ROMERO, and LUKE H. SCHWARTZ, aka LUKE H. SWARTZ, did knowingly and intentionally combine, conspire, confederate, and agree together and with each other, with other person(s) known and unknown to the Grand Jury, to distribute and possess with intent to distribute 50 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1).

In violation of Title 21, United States Code, Section 846.

1

## COUNT II

On or about July 29, 2022, in the District of Nebraska, Defendant(s) JAMIE M. HOPKINS and JOEY G. ROMERO did knowingly and intentionally distribute 5 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

## COUNT III

On or about August 2, 2022, in the District of Nebraska, Defendant JAMIE M. HOPKINS did knowingly and intentionally distribute 5 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

## COUNT IV

On or about January 10, 2023, in the District of Nebraska, Defendant LUKE H. SCHWARTZ, aka LUKE H. SWARTZ, did knowingly and intentionally distribute 5 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

## COUNT V

On or about January 17, 2023, in the District of Nebraska, Defendant(s) MICHAEL W. STROBLE, and LUKE H. SCHWARTZ, aka LUKE H. SWARTZ, did knowingly and intentionally distribute 5 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

## COUNT VI

On or about January 30, 2023, in the District of Nebraska, Defendant(s) JAMIE M. HOPKINS did knowingly and intentionally distribute 5 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

## COUNT VII

On or about February 7, 2023, in the District of Nebraska, Defendant(s) JAMIE M. HOPKINS and MICHAEL W. STROBLE did knowingly and intentionally possess with intent to distribute 5 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

_____
CHRISTOPHER J. HARROUN, #26800
Assistant U.S. Attorney